IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02033-WYD-MEH

PAULINA BLACK and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

    Plaintiffs,

v.

APPLE SIX HOSPITALITY, INC., a Virginia corporation, d/b/a HAMPTON INN DENVER WEST FEDERAL CENTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2010.**

    The Joint Motion to Vacate and Reschedule Scheduling Conference [filed November 9, 2010; docket #9] is **granted**. The Scheduling Conference set for November 16, 2010, is **vacated**. Counsel for the parties shall conference together and call Chambers at (303) 844-4507 on or before **November 18, 2010**, to reschedule.