**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10-cv-02033-WJM-MEH

PAULINA BLACK and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

    Plaintiffs,

v.

APPLE SIX HOSPITALITY, INC., a Virginia corporation, d/b/a HAMPTON INN DENVER WEST FEDERAL CENTER,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

This matter comes is before the Court on the parties' Stipulated Motion to Dismiss filed May 6, 2011, (ECF No. 32). The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED. All claims against Defendant Apple Six Hospitality d/b/a Hampton Inn Denver West Federal Center are DISMISSED WITH PREJUDICE. Each party shall pay her and its own attorney's fees and costs.

Dated this 6th day of May, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge